UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRINCESS MARIA SPENCER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRACY, )<br>)<br>Defendant. ) | Civil Action No. 25-0010 (UNA) |

**MEMORANDUM OPINION**

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court GRANTS the application, DENIES the motion as moot, and DISMISSES the complaint without prejudice.

Plaintiff brings this action against Tracy, an employee of Catholic Charities, which operates a shelter in Washington, D.C. *See* Compl. at 2, 4. Tracy allegedly has "stolen and discarded" plaintiff's mail, and "harasses and discriminates against [plaintiff] on a regular basis." *Id*. at 4. She demands an award of $1 trillion as compensation for "pain and suffering as a result of witchcraft and voodoo being used on [her] at Nativity Night Shelter and being considered homeless due to the theft of [her] mail and civil suit correspondence stolen also." *Id*.

Two defects warrant dismissal of the complaint. First, plaintiff purports to bring this action under D.C. Code §§ 22-3131 – 22-3132, *see* Compl. at ¶ 3, but, generally, criminal statutes do not create a private right of action and, therefore, cannot be relied on by a civil plaintiff to state a claim for relief. *See Rockefeller v. U.S. Court of Appeals for the Tenth Circuit*, 248 F. Supp. 2d 17, 20 (D.D.C. 2003) (collecting cases).

1

Second, plaintiff fails to demonstrate a viable basis for the Court's jurisdiction. The plaintiff does not present a federal question, *see* 28 U.S.C. § 1331, and because the parties both appear to be residents of the District of Columbia, plaintiff does not demonstrate diversity jurisdiction, *see* 28 U.S.C. § 1332.

A separate order will issue.

DATE: February 18, 2025          /s/
                                 RUDOLPH CONTRERAS
                                 United States District Judge